UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL P. YOUNG, | Case No. 2:25-cv-00875-GMN-EJY |
| Petitioner, | **ORDER** |
| v. | |
| DEPARTMENT OF JUSTICE, et al., | |
| Respondents. | |

On May 16, 2025, Michael P. Young filed a "Habeas Corpus to Witness 2:25-ms-05000 as an Eminent Domain Proceeding." (ECF No. 1-1.) This Court dismissed this action on May 23, 2025, because (1) an allegation of a violation of the Nevada Constitution is a matter for the state court, and (2) case number 2:25-ms-05000 is a generic case number used as a placeholder for various miscellaneous correspondence received by the Court when for example it is illegible, a case number is missing, it was delivered to the wrong court, etc.(ECF No. 3.) Judgment in this case was entered on May 23, 2025. (ECF No. 4.)

Young has now filed a Motion for Case Review, explaining that docket entries 5 and 48 within case number 2:25-ms-05000 are from him, but because he is "not privy" to the other docket entries within this case number, he would "like the [right] to witness the nature of these correspondences in full" given that "their very nature could be vital to [his] livelihood." (ECF No. 5.) Young seeks "to ascertain why there is a sealed file on [him] causing him not to be able to seek remedies." (*Id.*)

Case number 2:25-ms-05000 contains various miscellaneous correspondence from many unrelated sources. While docket entries 5 and 48 are from Young, the other documents in this case

are from other people. As such, case number 2:25-ms-05000 is not a sealed filed pertaining to just Young. Rather, it is a case number used to retain the date, time and a copy of record miscellaneous documents received by the Court from many different people when there is no known case number to file the document in a normal fashion. Given that providing Petitioner a review of the filings received by the Court from other people is not warranted, the Court denies Young's Motion.

It is therefore Ordered that the Motion for Case Review (ECF No. 5) is DENIED. To the extent to that it necessary, a certificate of appealability is denied, as jurists of reason would not find this Order to be debatable or wrong.

Dated: June 24, 2025

_____
Gloria M. Navarro, Judge
United States District Court